United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT LAM,<br>Plaintiff,<br>v.<br>U.S. GOVERNMENT,<br>Defendant. | Case No. 4:26-cv-10539-KAW<br>**ORDER TO SHOW CAUSE TO PLAINTIFF REGARDING IFP APPLICATION**<br>Re: Dkt. No. 2 |

On September 16, 2026, Plaintiff Albert Lam filed a complaint and an application to proceed in forma pauperis. (Compl., Dkt. No. 1; IFP Appl., Dkt. No. 2.) In the IFP application, Plaintiff states that he owns a home. (IFP Appl. at 3.) Additionally, the complaint alleges that "Donald Trump raised my rental property home insurance for 2026[,]" which implies that Plaintiff also has a rental property. (Compl. at p. 13.)

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE by **October 26, 2026** why the IFP application should not be denied based on his ownership of real property. Plaintiff is advised that the failure to timely respond to this order to show cause will result in the IFP application being denied and Plaintiff being ordered to pay the filing fee of $405.00.

IT IS SO ORDERED.

Dated: October 5, 2026

Kandis Westmore

KANDIS A. WESTMORE
United States Magistrate Judge